IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID WILLETT and AMBER FOSSE,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

v.            No. 1:13-cv-01241-CG-RHS

REDFLEX TRAFFIC SYSTEMS, INC. and
CREDITWATCH SERVICES LTD.

    Defendants.

## CORPORATE DISCLOSURE STATEMENT

Defendant Redflex Traffic Systems, Inc. hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

1. Redflex Holdings, Ltd., is the parent corporation of Defendant Redflex Traffic Systems, Inc.

2. Redflex Holdings, Ltd. is traded on the Australian Stock Exchange.

      MODRALL, SPERLING, ROEHL, HARRIS
       & SISK, P.A.

    By: */s/ Nathan T. Nieman*
      Jennifer G. Anderson
      Nathan T. Nieman
      500 Fourth Street NW, Suite 1000 (87102)
      P.O. Box 2168
      Albuquerque, NM 87103-2168
      Telephone: 505.848.1800
      Facsimile:  505.848.1899
      jga@modrall.com
      ntn@modrall.com

      *Attorneys for Defendant Redflex Traffic Systems Inc.*

WE HEREBY CERTIFY that on this 27th day of January, 2014, we filed the foregoing Entry of Appearance electronically through the CM/ECF system, causing all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:   */s/ Nathan T. Nieman*
     Nathan T. Nieman