IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID WILLETT and AMBER FOSSE,
On behalf of themselves and all others similarly situated,

      Plaintiffs,

      v.      No. 1:13-CV-1241 CG/RHS

REDFLEX TRAFFIC SYSTEMS, INC., and
CREDITWATCH SERVICES, LTD.,

      Defendants.

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CREDITWATCH, LTD. TO ANSWER/RESPOND TO COMPLAINT

Plaintiff and Defendant Creditwatch Services, Ltd., hereby notify the court and other parties that they have stipulated to allowing Defendant Creditwatch Services, Ltd., to have until February 18, 2014, to answer and otherwise respond to the Complaint.

      Stipulated by:

      By: /s/Telephonic approval 1/28/14
          Rob Treinen
      TREINEN LAW OFFICE
      500 Tijeras Avenue, NW
      Albuquerque, NM  87102
      505-247-7980
      505-843-7129 Fax
      rtreinen@treinenlawoffice.com
      *Attorneys for Plaintiffs*

      RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

      By  /s/ Aaron C. Viets
          Aaron C. Viets
      *Attorneys for Defendant Creditwatch Services, Ltd.*
      Post Office Box 1888
      Albuquerque, New Mexico 87103
      Telephone:  (505) 765-5900
      Facsimile:  (505) 768-7395
      aviets@rodey.com

1635476.1

## CERTIFICATE OF SERVICE

  I hereby certify that on January 28, 2014, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

         RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

         By  */s/ Aaron C. Viets*
           Aaron C. Viets