IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID WILLETT and AMBER FOSSE,
On behalf of themselves and all others similarly situated,

       Plaintiffs,

v.                                                                                                                      No. 1:13-CV-1241 JCH/RHS

REDFLEX TRAFFIC SYSTEMS, INC., and
CREDITWATCH SERVICES, LTD.,

       Defendants.

### DEFENDANT CREDITWATCH SERVICES, LTD.'S RULE 7.1 DISCLOSURE

    Under Rule of Civil Procedure 7.1, Defendant Creditwatch Services, Ltd., states that it is presently owned by CWGP, LLC, as its general partner, and Credit Control, LLC, as its limited partner.

                                      Respectfully submitted,

                                      RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                      By  */s/ Aaron C. Viets*
                                              Aaron C. Viets
                                      Post Office Box 1888
                                      Albuquerque, New Mexico 87103
                                      Telephone:  (505) 765-5900
                                      Facsimile:  (505) 768-7395
                                      aviets@rodey.com

                                      - And -

                                      David M. Schultz
                                      Todd P. Stelter
                                      Hinshaw & Culbertson, LLP
                                      222 North LaSalle Street
                                      Suite 300
                                      Chicago, IL 60601
                                      312-704-3527
                                      dschultz@hinshawlaw.com
                                      tstelter@hinshawlaw.com

*Attorneys for Defendant Creditwatch Services, Ltd.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of May, 2014, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Aaron C. Viets*
     Aaron C. Viets

2