Report Date: Wed 02-05-2014  
Page 1 of 3

# Debtor Overview Report

| | | | | | |
|---|---|---|---|---|---|
| Name | REDACTED | Client | Redflex | Assigned | $100.00 |
| Add | REDACTED | Gross | City of ABQ - 2009 Citations | Balance | $100.00 |
| CSZ | El Paso, TX 79925 | Type | CURE | Last Work | 10-08-2013 |
| Ssn | - - | Branch | Corporate | LPC Date | |
| Acct | AS09224780 | Agency | Creditwatch Services Ltd | LPC Amt | $0.00 |
| Agy Id | REDFL62931 | Desk | Pre Legal 04 - ARC Redflex | LPA Date | |
| DOA | Tue 01-29-2013 | Section | Closed | LPA Amt | $0.00 |
| DOR | Tue 01-29-2013 | Status | CAN-Rolled to Pre-Legal | Canc Date | 10-10-2013 |
| Int | 0.00% | Phase | No Phase | Sent Date | |
| Rmk: | | | | | |

| Letter Name | Type | Date Sent | Who Sent Letter |
|---|---|---|---|
| Initial-NCOA | 114 | 02/05/2013 | White |

| Note Date | Time | Last Name | Note Text |
|---|---|---|---|
| Tue Feb 05, 2013 | 16:50:00 | White Je | Letter #114: NCOA Only Sent to REDACTED   EL PASO TX  79925 |
| Thu Feb 28, 2013 | 15:28:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Feb 28, 2013 | 15:28:00 | White Je | Dialer Vendor-Answered/LMTC |
| Wed Mar 06, 2013 | 13:11:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Wed Mar 06, 2013 | 13:11:00 | White Je | Dialer Vendor-Answered/LMTC |
| Wed Mar 06, 2013 | 16:34:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 3690 |
| Wed Mar 06, 2013 | 16:34:00 | White Je | Dialer Vendor-Answer Mach/LMOR |
| Wed Mar 06, 2013 | 17:42:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 2331 |
| Wed Mar 06, 2013 | 17:42:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu Mar 14, 2013 | 13:11:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Mar 14, 2013 | 13:11:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu Mar 14, 2013 | 17:07:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 3690 |
| Thu Mar 14, 2013 | 17:07:00 | White Je | Dialer Vendor-Busy |
| Thu Mar 14, 2013 | 17:27:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 2331 |
| Thu Mar 14, 2013 | 17:27:00 | White Je | Dialer Vendor-Busy |
| Fri Mar 15, 2013 | 14:42:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri Mar 15, 2013 | 14:42:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri Mar 15, 2013 | 16:24:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 2331 |
| Fri Mar 15, 2013 | 16:24:00 | White Je | Dialer Vendor-Answer Mach/LMOR |
| Fri Mar 15, 2013 | 16:50:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 3690 |
| Fri Mar 15, 2013 | 16:50:00 | White Je | Dialer Vendor-No Answer |
| Wed Mar 20, 2013 | 12:46:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Wed Mar 20, 2013 | 12:46:00 | White Je | Dialer Vendor-Answered/LMTC |
| Wed Mar 20, 2013 | 16:18:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 2331 |
| Wed Mar 20, 2013 | 16:18:00 | White Je | Dialer Vendor-Answer Mach/LMOR |
| Wed Mar 20, 2013 | 17:12:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 3690 |
| Wed Mar 20, 2013 | 17:12:00 | White Je | Dialer Vendor-No Answer |
| Wed Mar 27, 2013 | 14:03:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Wed Mar 27, 2013 | 14:03:00 | White Je | Dialer Vendor-Answered/LMTC |
| Wed Mar 27, 2013 | 16:42:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 3690 |
| Wed Mar 27, 2013 | 16:42:00 | White Je | Dialer Vendor-Answer Mach/LMOR |
| Wed Mar 27, 2013 | 16:56:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 2331 |
| Wed Mar 27, 2013 | 16:56:00 | White Je | Dialer Vendor-Answer Mach/LMOR |
| Thu Mar 28, 2013 | 12:25:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Mar 28, 2013 | 12:25:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu Mar 28, 2013 | 14:14:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 3690 |
| Thu Mar 28, 2013 | 14:14:00 | White Je | Dialer Vendor-Answer Mach/LMOR |
| Thu Mar 28, 2013 | 14:32:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 2331 |
| Thu Mar 28, 2013 | 14:32:00 | White Je | Dialer Vendor-Answer Mach/LMOR |
| Thu Mar 28, 2013 | 14:38:15 | Fields An | Phoned: REDACTED at Home dialed: REDACTED 2331 |
| Thu Mar 28, 2013 | 14:38:17 | Fields An | Wrong number |



EXHIBIT 1

Report Date: Wed 02-05-2014                    **Debtor Overview Report**
Page 2 of 3

| Note Date | Time | Last Name | Note Text |
|---|---|---|---|
| Wed Apr 03, 2013 | 15:27:13 | Wahilani Ca | Phoned: REDACTED at Home dialed: REDACTED 3690 |
| Wed Apr 03, 2013 | 15:27:18 | Wahilani Ca | Disconnected |
| Wed Apr 03, 2013 | 15:27:18 | Wahilani Ca | wrong # |
| Tue Apr 09, 2013 | 09:28:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Tue Apr 09, 2013 | 09:28:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri Apr 19, 2013 | 15:01:00 | White Je | Phoned: REDACTED at Home dialed: 5058908727 |
| Fri Apr 19, 2013 | 15:01:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri Apr 19, 2013 | 15:44:56 | Wahilani Ca | spk to dbtr sd he has never owned a jeep // never lived at REDACTED // never be |
| Fri Apr 19, 2013 | 15:46:14 | Wahilani Ca | en in Albq// never cosigned for anyone // sent info to DS |
| Fri Apr 26, 2013 | 13:45:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri Apr 26, 2013 | 13:45:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri May 03, 2013 | 13:28:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri May 03, 2013 | 13:28:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri May 10, 2013 | 14:24:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri May 10, 2013 | 14:24:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri May 17, 2013 | 15:10:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri May 17, 2013 | 15:10:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri May 24, 2013 | 09:32:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri May 24, 2013 | 09:32:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu May 30, 2013 | 10:50:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu May 30, 2013 | 10:50:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu Jun 06, 2013 | 14:29:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Jun 06, 2013 | 14:29:00 | White Je | Dialer Vendor-Answered/LMTC |
| Wed Jun 12, 2013 | 11:58:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Wed Jun 12, 2013 | 11:58:00 | White Je | Dialer Vendor-Answered/LMTC |
| Tue Jun 18, 2013 | 12:31:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Tue Jun 18, 2013 | 12:31:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu Jun 20, 2013 | 15:04:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Jun 20, 2013 | 15:04:00 | White Je | Dialer Vendor-Answered/LMTC |
| Mon Jun 24, 2013 | 13:40:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Mon Jun 24, 2013 | 13:40:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu Jun 27, 2013 | 17:04:00 | White Je | Phoned: REDACTED at Home dialed REDACTED 8727 |
| Thu Jun 27, 2013 | 17:04:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri Jul 05, 2013 | 12:33:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri Jul 05, 2013 | 12:33:00 | White Je | Dialer Vendor-Answered/LMTC |
| Wed Jul 10, 2013 | 13:04:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Wed Jul 10, 2013 | 13:04:00 | White Je | Dialer Vendor-Answered/LMTC |
| Tue Jul 16, 2013 | 15:14:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Tue Jul 16, 2013 | 15:14:00 | White Je | Dialer Vendor-Answered/LMTC |
| Fri Jul 19, 2013 | 12:26:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri Jul 19, 2013 | 12:26:00 | White Je | Dialer Vendor-Answered/LMTC |
| Wed Jul 24, 2013 | 14:39:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Wed Jul 24, 2013 | 14:39:00 | White Je | Dialer Vendor-Answered/LMTC |
| Mon Jul 29, 2013 | 15:22:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Mon Jul 29, 2013 | 15:22:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu Aug 01, 2013 | 14:28:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Aug 01, 2013 | 14:28:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Tue Aug 06, 2013 | 14:38:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Tue Aug 06, 2013 | 14:38:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Fri Aug 09, 2013 | 12:09:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri Aug 09, 2013 | 12:09:00 | White Je | Dialer Vendor-No Answer |
| Thu Aug 15, 2013 | 09:50:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Aug 15, 2013 | 09:50:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Tue Aug 20, 2013 | 14:29:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Tue Aug 20, 2013 | 14:29:00 | Luna Ra | Dialer Vendor-Busy |
| Fri Aug 23, 2013 | 12:25:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri Aug 23, 2013 | 12:25:00 | White Je | Dialer Vendor-Answered/LMTC |

Report Date: Wed 02-05-2014                                   **Debtor Overview Report**
Page 3 of 3

| Note Date | Time | Last Name | Note Text |
|---|---|---|---|
| Wed Aug 28, 2013 | 15:31:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Wed Aug 28, 2013 | 15:31:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Tue Sep 03, 2013 | 13:02:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Tue Sep 03, 2013 | 13:02:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Fri Sep 06, 2013 | 15:19:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Fri Sep 06, 2013 | 15:19:00 | White Je | Dialer Vendor-Answered/LMTC |
| Wed Sep 11, 2013 | 12:28:00 | Luna Ra | Phoned: REDACTED at Home dialed REDACTED 8727 |
| Wed Sep 11, 2013 | 12:28:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Fri Sep 13, 2013 | 12:15:00 | Luna Ra | Phoned: REDACTED at Home dialed REDACTED 8727 |
| Fri Sep 13, 2013 | 12:15:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Tue Sep 17, 2013 | 13:25:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Tue Sep 17, 2013 | 13:25:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Thu Sep 19, 2013 | 11:53:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Sep 19, 2013 | 11:53:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Mon Sep 23, 2013 | 11:54:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Mon Sep 23, 2013 | 11:54:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Wed Sep 25, 2013 | 13:21:00 | Luna Ra | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Wed Sep 25, 2013 | 13:21:00 | Luna Ra | Dialer Vendor-Answered/LMTC |
| Mon Sep 30, 2013 | 12:20:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Mon Sep 30, 2013 | 12:20:00 | White Je | Dialer Vendor-Answered/LMTC |
| Thu Oct 03, 2013 | 13:41:00 | White Je | Phoned: REDACTED at Home dialed: REDACTED 8727 |
| Thu Oct 03, 2013 | 13:41:00 | White Je | Dialer Vendor-Answered/LMTC |
| Tue Oct 08, 2013 | 11:46:00 | Luna Ra | Phoned: REDACTED at Home dialed REDACTED 8727 |
| Tue Oct 08, 2013 | 11:46:00 | Luna Ra | Dialer Vendor-Answered/LMTC |

| Transaction | Amount | Date Paid | Date Post | Collector | Reference # |
|---|---|---|---|---|---|
| Assigned by Client | 100.00 | 01-30-2013 | 01-30-2013 | Admin, System | NewBiz |

| Whose Number | Number | Contacted | Attempted | Dials | Action | Result |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED -8727 | 01/01/1901 | 10/08/2013 | 45 | Home | Dialer Vendor-Answered |
| REDACTED | REDACTED 3690 | 01/01/1901 | 04/03/2013 | 7 | Home | Disconnected/Wrong # |
| REDACTED | REDACTED -2331 | 03/28/2013 | 03/28/2013 | 7 | Home | Dialer Vendor-Ans Mach |

| Budget | Net | PostDates |
|---|---|---|
| 0.00 | 0.00 | 0.00 |