# EXHIBIT 1

| | |
|---|---|
| **From:** | Tewell, Candice |
| **To:** | Tim Sostrin; Keith Keogh; "Rob Treinen"; aviets@rodey.com; Davide Schultz (dschultz@hinshawlaw.com); Todd Stelter (tstelter@hinshawlaw.com) |
| **Cc:** | Payson, Kenneth; Jennifer G. Anderson (jga@modrall.com); ntn@modrall.com; Tewell, Candice |
| **Subject:** | Willett v. Redflex: Motion for Leave to file Surreply |
| **Date:** | Thursday, June 12, 2014 11:38:15 AM |

Counsel,

Redflex intends to file a Motion for Leave to file Surreply to plaintiffs' Motion to Compel Discovery from Redflex.  As required by Local Rule 7.1, we ask that you let us know whether your client intends to oppose this motion by 5 p.m. Mountain time today.

Regards,
Candice

**Candice Tewell** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8303 | Fax: (206) 757-7303
Email: candicetewell@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.