# EXHIBIT 2

| | |
|---|---|
| **From:** | Tim Sostrin |
| **To:** | "Tewell, Candice"; Amanda Bustamante; Nathan T. Nieman; Jennifer G. Anderson; Payson, Kenneth |
| **Cc:** | Rob Treinen; Keith Keogh |
| **Subject:** | RE: David Willett v. Redflex Traffic Systems, Inc., USDC No. 1:13-cv-1241 CG/RHS |
| **Date:** | Thursday, May 22, 2014 2:21:00 PM |

Candice,

I am responding to your request that I review Redflex's amended response and objections to discovery to see if any of the issues in Plaintiffs' motion to compel are resolved thereby.

I don't see that any of the issues are resolved. To begin, we still have not received any documents. Further, the amended responses state that Redflex still intends to redact much of the information we are seeking even when it does make its production.

Let me know if you think I am missing something.

Thanks,

Timothy J. Sostrin
Keogh Law, LTD.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
312.726.1092
312.374.3405 (direct)
312.726.1093 (fax)
tsostrin@keoghlaw.com

**From:** Tewell, Candice [mailto:CandiceTewell@dwt.com]
**Sent:** Friday, May 09, 2014 6:20 PM
**To:** Amanda Bustamante; Aaron C. Viets; 'David M. Schultz'; Keith Keogh; Rob Treinen; Tim Sostrin; Todd Stelter
**Cc:** Nathan T. Nieman; Jennifer G. Anderson; Payson, Kenneth; Tewell, Candice
**Subject:** RE: David Willett v. Redflex Traffic Systems, Inc., USDC No. 1:13-cv-1241 CG/RHS

Counsel:

I noticed that the Verification was omitted, it is attached here. If you would like a mailed copy as well, please let me know.

I am also attaching the promised Declaration of John Turner and a related exhibit.

Please let me know if you have any questions.

-Candice