IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID WILLETT and AMBER FOSSE,
on behalf of themselves and all others similarly
situated,

          Plaintiffs,

v.                                                        No. 1:13-cv-01241-JCH/RHS

REDFLEX TRAFFIC SYSTEMS, INC. and
CREDITWATCH SERVICES LTD.

          Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY PRODUCTION DEADLINES

THIS MATTER came before the Court on a Joint Motion to Extend Discovery Production Deadlines, and the Court having reviewed the motion and being otherwise informed in the circumstances, FINDS good cause for granting the Motion.

WHEREFORE, IT IS ORDERED that

1. Redflex shall have until July 14, 2014, to supplement its responses to Plaintiffs' discovery requests and produce documents as set forth in the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Discovery From Redflex Traffic Systems (DN 70) entered on June 20, 2014.

2. Plaintiffs shall have until July 18, 2014, to respond to Redflex's First Interrogatories and Requests for Production to Plaintiffs David Willett and Amber Fosse.

All other deadlines shall remain the same unless otherwise ordered by the Court.

_Robert Hayes Scott_
_____
Robert Hayes Scott
Magistrate Judge

1