IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DAVID WILLETT; AMBER FOSSE; and**
**DESERT PAPER AND ENVELOPE**
**COMPANY, INC., on behalf of themselves**
**and all others similarly situated,**

      **Plaintiffs,**

v.                                                                                 **No. 1:13-cv-1241-JCH/LAM**

**REDFLEX TRAFFIC SYSTEMS, INC.;**
**CREDITWATCH SERVICES LTD.;**
**CREDITWATCH OVERSIGHT LLC;**
**CWGP, LLC; and CREDIT CONTROL, LLC,**

      **Defendants.**

## ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO EXTEND DEADLINES [*Docs.* 224 and *229*]

**THIS MATTER** is before the Court on *Plaintiffs' Motion to Extend Deadlines (Doc. 224)*, filed June 1, 2015, and *Defendants' Unopposed Cross-Motion to Extend Court Deadlines (Doc. 229)*, filed June 4, 2015. The Court has considered the motions and the record of this case, and the Court notes that the parties have sought and received numerous extensions of the deadlines in this case. *See* [*Docs. 54, 79, 111, 154,* and *189*]. The Court has also sought the presiding judge's approval regarding the parties' requested extensions.

**IT IS THEREFORE ORDERED** that *Plaintiffs' Motion to Extend Deadlines (Doc. 224)*, filed June 1, 2015, and *Defendants' Unopposed Cross-Motion to Extend Court Deadlines (Doc. 229)* are each **GRANTED in part** and **DENIED in part**, and the Pretrial Deadlines are extended as follows:

| | |
|---|---|
| **Plaintiffs' expert disclosures:** | June 30, 2015 (unchanged) |
| **Defendants' expert disclosures:** | July 30, 2015 (unchanged) |
| **Motion for class certification:** | September 10, 2015 |
| **Response to motion for class certification:** | September 28, 2015 |
| **Reply to motion for class certification:** | October 15, 2015 |
| **Termination of discovery (except as to experts):** | July 30, 2015 (unchanged) |
| **Termination of discovery (as to experts only):** | September 15, 2015 |
| **Discovery related motions (except as to experts):** | August 21, 2015 |
| **Discovery related motions (as to experts only):** | September 21, 2015 |
| **Pretrial motions:** | November 16, 2015 |
| **Pretrial order from Plaintiffs to Defendants:** | January 5, 2016 |
| **Pretrial order from Defendants to Court:** | January 19, 2016 |

*These deadlines shall not be extended again absent a showing of exceptional cause for extension.*

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**