IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID WILLETT; AMBER FOSSE; and
DESERT PAPER AND ENVELOPE
COMPANY, INC., on behalf of themselves
and all others similarly situated,**

   **Plaintiffs,**

v.                 No. 1:13-cv-1241-JCH/LAM

**REDFLEX TRAFFIC SYSTEMS, INC.;
CREDITWATCH SERVICES LTD.;
CREDITWATCH OVERSIGHT LLC;
CWGP, LLC; and CREDIT CONTROL, LLC,**

   **Defendants.**

# ORDER ADOPTING IN PART PROPOSED JOINT SCHEDULING ORDER

   **THIS MATTER** is before the Court on the parties' *Joint Proposed Scheduling Order (Doc. 249)*, filed November 13, 2015.  On July 27, 2015, the Court stayed this case to allow the parties to pursue mediation of the case, and set a deadline of October 16, 2015 for the parties to file a Joint Status Report recommending how the case should proceed.  *See* [*Doc. 244*].  The mediation was unsuccessful, and, after seeking and receiving an extension of the October 16, 2015 deadline to November 6, 2015 (*see Docs. 246* and *247*), the parties submitted their proposed joint scheduling order for the remaining deadlines in this case.  The parties do not agree on the deadlines, however, and Defendants contend that Plaintiffs' proposed dates do not allow sufficient time for Defendants to take certain depositions that were continued when the stay was entered.  [*Doc. 249* at 1].  The Court has considered the parties' proposed dates in their proposed joint scheduling order and the record of this case, and has consulted with the presiding judge in this case.  The Court notes that, prior to the stay being entered, the parties sought and received numerous extensions of the pretrial deadlines in this case.  *See* [*Docs. 54, 79, 111, 154, 189, 231*,

and *240*]. The Court has been generous and patient in allowing these numerous extensions. The Court further notes that Defendants could have noticed the remaining depositions for after the October 16, 2015 deadline in the event that the mediation was unsuccessful, but they failed to do so. For these reasons, the Court will adopt the dates proposed by Plaintiffs in the parties' joint proposed scheduling order.

**IT IS THEREFORE ORDERED** that the parties' *Joint Proposed Scheduling Order (Doc. 249)* is **ADOPTED in part**, and the remaining pretrial deadlines are extended as follows:

| | |
|---|---|
| **Defendants' expert disclosures:** | **January 15, 2016** |
| **Motion for class certification:** | **February 26, 2016** |
| **Response to motion for class certification:** | **March 15, 2016** |
| **Reply to motion for class certification:** | **April 1, 2016** |
| **Termination of discovery (except as to experts):** | **January 15, 2016** |
| **Termination of discovery (as to experts only):** | **March 2, 2016** |
| **Discovery related motions (except as to experts):** | **February 6, 2016** |
| **Discovery related motions (as to experts only):** | **March 8, 2016** |
| **Pretrial motions:** | **May 3, 2016** |
| **Pretrial order from Plaintiffs to Defendants:** | **June 22, 2016** |
| **Pretrial order from Defendants to Court:** | **July 6, 2016** |

*These deadlines shall not be extended again absent a showing of exceptional cause for extension.*

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**