IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID WILLETT; AMBER FOSSE; and
DESERT PAPER AND ENVELOPE
COMPANY, INC., on behalf of themselves
and all others similarly situated,

      Plaintiffs,                                No. 1:13-cv-1241-JCH/LAM

v.

REDFLEX TRAFFIC SYSTEMS, INC.;
CREDITWATCH SERVICES LTD.;
CREDITWATCH OVERSIGHT LLC;
CWGP, LLC; and CREDIT CONTROL, LLC,

      Defendants.

**ORDER GRANTING JOINT MOTION TO VACATE CASE SCHEDULE AND STAY CASE PENDING MOTION FOR PRELIMINARY CLASS SETTLEMENT APPROVAL**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Vacate Case Schedule and Stay Case Pending Motion for Preliminary Class Settlement Approval (Doc. 251)*, filed January 13, 2016. Having reviewed the Joint Motion and being otherwise informed in the circumstances, the Court **FINDS** good cause for granting the Motion.

**IT IS THEREFORE ORDERED** that the existing case schedule is hereby **VACATED** and this case is **STAYED until February 23, 2016**, on or before which time either Plaintiffs shall file a Motion for Preliminary Approval of the settlement, or the parties shall file a Joint Status Report recommending how this matter should proceed.

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

Approved as to form: *(Prior to modification by the Court)*

*For Defendant Redflex Traffic Systems, Inc.*

        DAVIS WRIGHT TREMAINE LLP

        By: *s/Kenneth E. Payson*
            Kenneth E. Payson
            Candice M. Tewell
            1201 Third Avenue, Suite 2200
            Seattle, Washington 98101-3045
            Telephone:  206.622.3150
            kenpayson@dwt.com
            candicetewell@dwt.com

        MODRALL, SPERLING, ROEHL, HARRIS
          & SISK, P.A.

            Jennifer G. Anderson
            Nathan T. Nieman
            500 Fourth Street NW, Suite 1000 (87102)
            P.O. Box 2168
            Albuquerque, NM 87103-2168
            Telephone: 505.848.1800
            jga@modrall.com
            ntn@modrall.com

*For Defendants Creditwatch Services, Ltd. & Creditwatch Oversight LLC*

        HINSHAW & CULBERTSON, LLP

        By: *s/Todd Stelter* [approved via email]
            David M. Schultz
            Todd Stelter
            Peter E. Pederson
            222 North LaSalle Street, #300
            Chicago, IL 60601
            Telephone:  312.704.3000
            dschultz@hinshawlaw.com
            tstelter@hinshawlaw.com
            ppederson@hinshawlaw.com

                          RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                              Aaron Viets
                              201 Third St., NW #2200
                              Albuquerque, NM 87102
                              Telephone:  505.766.7588
                              aviets@rodey.com

*For Defendant Credit Control, LLC*

                          CARLSON & MESSER, LLP

                          By:  *s/David Kaminski* [approved via email]
                              Charles R. Messer
                              David Kaminski
                              Stephen A. Watkins
                              5959 W. Century Blvd., Suite 1214
                              Los Angeles, CA 90045
                              Telephone:  310.242.2200
                              messnerc@cmtlaw.com
                              kaminskid@cmtlaw.com
                              watkinss@cmtlaw.com

                        MADISON, HARBOUR & MROZ PA

                              Gregory D. Steinman
                              Holly E. Armstrong
                              P.O. Box 25467
                              Albuquerque, NM 87125
                              Telephone:  505.766.7588
                              gds@madisonlaw.com
                              hea@madisonlaw.com

*For Defendant CWGP*

                        HUSCH BLACKWELL LLP

                        By:  *s/Robert J. Hurtt, Jr.* [approved via email]
                            Theodore R. Bynum, III
                            Robert J. Hurtt, Jr.
                            Derek Wiseman
                            190 Carondelet Plaza, Suite 60
                            St. Louis, MO 63105

        Telephone:  314.480.1500
        t.r.bynum@huschblackwell.com
        rob.hurtt@huschblackwell.com
        derek.wiseman@huschblackwell.com

        Carleton Abney Davis
        111 Congress Avenue, Suite 1400
        Austin, TX 78701
        Telephone: 512.703.5780
        joe.davis@huschblackwell.com

        Fredrick J. Ludwig
        The Plaza in Clayton Office Tower
        190 Carondelet Plaza, Suite 600
        St. Louis, MO 63105
        Telephone: 314.345.6222
        fredrick.ludwig@huschblackwell.com

*For Plaintiffs*

        TREINEN LAW OFFICE PC


        By:  *s/Rob Treinen* [approved via email]
            Rob Treinen
            500 Tijeras Ave NW
            Albuquerque, NM 87102
            Telephone:  505.247.1980
            robtreinen@treinenlawoffice.com

        KEOGH LAW LTD.

            Keith J. Keogh
            Timothy J. Sostrin
            55 W. Monroe, Suite 3390
            Chicago, IL 60603
            Telephone: 312.265.3258
            keith@keoghlaw.com
            tsostrin@keoghlaw.com